UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JON WAMBI COOK, | ) | NO. CV 09-5488-VAP(CT) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the order of the court accepting the findings, conclusions, and recommendation of the magistrate judge,

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the report and recommendation entered concurrently with this judgment.

DATED: March 18, 2010

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE